

**NUMBER 13-14-00086-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

SMITA CHAKRAVARTHY,                                    Appellant,

v.

THE STATE OF TEXAS,                                    Appellee.

---

**On appeal from the 93rd District Court
of Hidalgo County, Texas.**

---

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

This cause is currently before the Court on appellant's motion to supplement the clerk's record and fourth motion for extension to file the brief. The clerk's record was filed on June 4, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court granted counsel's first request for a 51 day extension of time to file the brief. Counsel filed a second motion for extension of time to

file the brief requesting an additional 120 days. This Court granted in part and denied in part appellant's second motion for extension of time to file the brief and ordered counsel to file the brief on or before November 4, 2014. Appellant filed a third motion for extension of time requesting an additional 60 days to file the brief. This Court granted in part and denied in part appellant's third motion for extension of time to file the brief and ordered counsel to file the brief on or before December 22, 2014. The order informed counsel that if the brief was not filed, the Court would abate and remand this matter to the trial court with instructions to appoint new counsel.

On December 23, 2014, counsel filed a motion to supplement the clerk's record informing this Court that certain items are missing from the clerk's record, specifically four separate sets of jury instructions. On December 30, 2014, a supplemental clerk's record was filed containing the four separate sets of jury instructions. Accordingly, appellant's motion to supplement the clerk's record is DISMISSED AS MOOT.

Appellant's fourth motion for extension of time requests 30 days after the filing of the supplemental record to file the brief. The Court, having fully examined and considered appellant's fourth motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's fourth motion for extension of time to file the brief should be granted with order. The Court GRANTS appellant's fourth motion for extension of time. The Honorable Victoria Guerra, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before January 29, 2015. If counsel fails to file the brief within the foregoing specified period of time, the Court will act appropriately to ensure that

2

appellant's rights are protected. Tᴇx. R. Aᴘᴘ. P. 38.8(b)(4). Specifically, the Court will abate and remand this matter to the trial court with instructions to appoint new counsel.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Delivered and filed the
16th day of January, 2015.